MáNly, J.
 

 * * * *
 

 The petition of William Fields, sheriff of Lenoir, calling to the attention of the Court, the subject of his commissions for the partial execution of a
 
 fi. fa.
 
 against complainants, has been considered by the Court. It seems that he had made a levy under
 
 thefi.fa.
 
 when he was prevented from further action by the injunction, issuing from the master’s office of Lenoir. We are of opinion that the sheriff is entitled to his commissions upon the moneys paid into the office of the clerk of the county court of Lenoir, to wit, upon $7.000, and these commissions should be included in the bill with the other costs in the cause.
 

 The law upon the subject of sheriffs fees, Revised Code, ch. 102, see. 21, gives 2^- per cent, commissions to that officer upon all moneys collected by him by virtue of any levy, and
 
 *401
 
 the like commissions for all moneys that may be paid to the sheriff by the defendant, while such precept is in the hands of the sheriff, and after levy. The sum upon which commissions is asked, was paid into the office of the court, for plaintiff, while the precept was in the sheriff’s hands, and after a levy. The case is strictly, therefore, within the provisions of the law. That the payment was made under a condition for an injunction does not affect the question at all.
 

 The decree should be for a dissolution of the injunction, and for the defendant’s debt upon the injunction bond with costs, including commissions of sheriff Fields upon the sum of'$7000.
 

 Per CueiaM, Decree accordingly.